**NOT FOR PUBLICATION**

### UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| JOHNNY T. RENO, *on behalf of himself and those similarly situated*,<br><br>Plaintiff,<br><br>v.<br><br>NATIONWIDE CREDIT, INC., and JOHN DOES 1 to 10,<br><br>Defendants. | Civil Action No. 20-17538 (SDW) (LDW)<br><br>**ORDER**<br><br>September 27, 2021 |

**THIS MATTER** having come before this Court upon Defendant Nationwide Credit, Inc.'s ("Defendant") Motion to Dismiss Johnny Reno's ("Plaintiff") Amended Class Action Complaint pursuant to Federal Rule of Civil Procedure 12(b)(6), and this Court having considered the parties' submissions, for the reasons stated in this Court's Letter Opinion dated September 27, 2021,

**IT IS** on this 27th day of September 2021,

**ORDERED** that Defendant's motion is **GRANTED**, and

**ORDERED** that Plaintiff's Amended Class Action Complaint is **DISMISSED WITH PREJUDICE**.

**SO ORDERED**.

                                                              /s/ Susan D. Wigenton
                                               **SUSAN D. WIGENTON, U.S.D.J.**

Orig:  Clerk
cc:     Parties
        Leda D. Wettre, U.S.M.J.